AO 245S  Modified   (Rev. 10/08) Judgment in a Revocation Case

# UNITED STATES DISTRICT COURT

**SOUTHERN** District of **INDIANA**

UNITED STATES OF AMERICA

V.

JAMES JOHNSON

**JUDGMENT IN A VIOLATION HEARING**
*Modification of Supervision Only*
*(For Offenses Committed On or After November 1, 1987)*

Case Number:   1:05CR00106-003

James McKinley
Defendant's Attorney

## DISPOSITION OF PROBATION / SUPERVISED RELEASE VIOLATION HEARING

**THE DEFENDANT:**

X  was adjudged guilty of Violation Number(s)   1
and special condition(s) _____

Accordingly, the defendant is adjudged guilty of such charge(s), which involve the following:

| Violation Number | Nature of Violation | Date(s) |
|---|---|---|
| 1 | New criminal conduct (Conversion) | 9/29/08 |

The defendant's probation/supervised release is modified as provided in pages 1 through 2 of this Judgment, pursuant to the Sentencing Reform Act of 1984 and Title 18 U.S.C.§ 3563(c) or 3583(e).

☐  The defendant has been found not guilty of violation of condition(s) _____ and special condition(s) _____

☐  Charge(s) _____ is/are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Last Four Digits of Defendant's Soc. Sec. No.:   5905

Defendant's Year of Birth:   1964

City and State of Defendant's Residence:
Indianapolis, IN

10/8/2009
Date of Imposition of Judgment

Signature of Judicial Officer

**Honorable Larry J. McKinney, Sr., U.S. District Court Judge**
Name and Title of Judicial Officer

3/8/2010
Date

AO 245S   (Rev. 01/94) Judgment in a Revocation Case
          Sheet 2

Judgment—Page   2   of   2

DEFENDANT:      JAMES JOHNSON
CASE NUMBER:    1:05CR00106-003

Accordingly, the defendant is adjudged guilty of such charge(s), which involve the following:

| **Violation Number** | **Nature of Violation** | **Date(s)** |
| --- | --- | --- |
| | | |

The Court finds, after a hearing upon notification by the probation officer, the offender is in violation of the conditions of release as set forth in this Judgment order and modifies the terms/conditions as follows:

The defendant shall participate in the home confinement program for a period of 6 months, to commence as soon as practicable, and shall abide by all requirements of the program. The home confinement program will include electronic monitoring. The defendant shall maintain telephone service at his place of residence without any special options, modems, answering machines, or cordless telephones for the above period. The defendant shall pay the costs of the program. During this time the defendant will be restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer.